No. 01–1039. MOLNAR *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–1040. TO-RO TRADE SHOWS, DBA O'LOUGHLIN TRADE SHOWS *v.* COLLINS ET AL. Sup. Ct. Wash. Certiorari denied.

No. 01–1041. WERES *v.* WERES. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–1045. LONG ET UX. *v.* COTTRELL, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–1046. DIALYSIS CLINIC, INC. *v.* FRY. C. A. 3d Cir. Certiorari denied.

No. 01–1047. OWNER-OPERATOR INDEPENDENT DRIVERS ASSN. ET AL. *v.* URBACH, TAX COMMISSIONER, NEW YORK DE-PARTMENT OF TAXATION AND FINANCE. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 01–1049. ABRAMOV *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 01–1050. ANDRX PHARMACEUTICALS, INC. *v.* BIOVAIL CORP. C. A. D. C. Cir. Certiorari denied.

No. 01–1051. SAUNDERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–1056. BLOUNT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–1057. CAHILL *v.* CAHILL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–1061. PROGRAMMED LAND, INC., ET AL. *v.* O'CONNOR, TREASURER AND AUDITOR, HENNEPIN COUNTY, ET AL. Sup. Ct. Minn. Certiorari denied.

No. 01–1063. EDDINS *v.* SUMMERS, ATTORNEY GENERAL OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.